UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAY ALBERT LEWIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>STEVEN GOFF, GERRY ALEXANDER, JOHN DOE, and MICHAEL P. PRICE,<br><br>    Defendants. | NO.  CV-09-128-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR MANDATORY INJUNCTION |

  Magistrate Judge Imbrogno filed a Report and Recommendation on May 15, 2009, recommending Mr. Lewis's "Motion for Mandatory Injunction" be denied.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Motion (Ct. Rec. 4) is **DENIED.**

  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

  **DATED** this____11th____day of June, 2009.

                        *s/Lonny R. Suko*
                        _____
                           LONNY R. SUKO
                        UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR MANDATORY INJUNCTION -- 1