UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAY ALBERT LEWIS,<br><br>             Plaintiff,<br><br>   vs.<br><br>SUPERIOR COURT JUDGE MICHAEL P. PRICE, APPELLATE COUR COMMISSIONER WILLIAM ELLIS, SUPREME COURT COMMISSIONER STEVEN GOFF, STATE SUPREME COURT JUSTICE GERRY ALEXANDER, and JOHN AND JANE DOE,<br><br>             Defendants. | NO.  CV-09-128-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

   BEFORE THE COURT is Plaintiff's Objection (Ct. Rec. 18) to the Report and Recommendation to Dismiss this action (Ct. Rec. 17). Plaintiff, a prisoner at the Airway Heights Corrections Center, is proceeding *pro se* and *in forma pauperis*; Defendants have not been served.  Plaintiff had challenged the state court processes which converted his state petition for writ of habeas corpus to a Personal Restraint Petition and denied review.

   After review of the record and being fully advised, **IT IS ORDERED** the Objection is **OVERRULED** and the Report and Recommendation is **ADOPTED IN ITS ENTIRETY.  IT IS FURTHER ORDERED** this action is

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1

**DISMISSED with prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). <u>**Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915**</u>. <u>**This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**</u>.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this ___20th___ day of August, 2009.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 2