UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAY ALBERT LEWIS ) <br> ) <br>       Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> SUPERIOR COURT JUDGE MICHAEL ) <br> P. PRICE, et al., ) <br> ) <br>       Defendants. ) <br> _____) | CV-09-128-CI <br><br> **JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is ADOPTED and the action is DISMISSED WITH PREJUDICE. Judgment is entered for defendants.

DATED this 20th day of August, 2009.

                                                JAMES R. LARSEN

                                                District Court Executive/Clerk


                                                s/ L. Stejskal, Deputy Clerk